UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO HEGWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-00241-MTS |
| ) | |
| INTERNATIONAL PAPER COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

The parties repeatedly have disregarded the Alternative Dispute Resolution ("ADR") deadlines and orders in this case. The Court's most recent Order required *the parties* to file an updated Designation of Neutral no later than Thursday, March 13, 2025. Doc. [55]. They did not do so. Only after the Clerk of Court entered an Electronic Notice of Noncompliance on Monday, March 17, did Plaintiff file a Motion for Extension of Time. In it, he revealed that he did reach out to Defendant about ADR, but he did so just a single day before the Designation of Neutral was due. Plaintiff then contacted Defendant again on Sunday, March 16. At least by the time of Plaintiff's filing on Tuesday, March 18, Defendant had not responded. Defendant has not yet filed anything regarding the deadline even though the Court's Order plainly required *the parties* to file an updated Designation of Neutral.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an updated Designation of Neutral no later than **noon** on **Tuesday, March 25, 2025**. Plaintiff may unilaterally

select the neutral and the date and time of ADR; Plaintiff need not consult Defendant. The Court's requirement that ADR be completed no later than **April 25, 2025**, remains. *See* Doc. [54]. Defendant will be required to attend. **If Plaintiff fails to timely file the updated Designation of Neutral, the Court will dismiss this action.** *See Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders."); *see also, e.g.*, *Tolden v. City's Finest, LLC*, 4:23-cv-01535-MTS, 2025 WL 252466, at *2 (E.D. Mo. Jan. 21, 2025) (dismissing action for failure to comply with ADR deadlines).

**IT IS FURTHER ORDERED** that no later than **noon** on **Thursday**, **March 27, 2025**, Defendant shall file a memorandum with the Court disclosing who will participate in ADR on its behalf. *Cf.* E.D. Mo. L.R. 6.02(C)(1)(a)–(b), (2). **Failure to do so will result in an appropriate sanction.** *Id.* at 6.05(A).

Dated this 24th day of March 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE